AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (USAO rev. 12/20)         ☐ Original      ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>407 W. Lugonia Ave.<br>Redlands, California 92374 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  5:21-MJ-00183 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California  *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A-1*

I find that the affidavit, or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before 14 days from the date of its issuance *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.

Date and time issued:       3/22/2021 at 7:03 p.m.

*Judge's signature*

City and state:       Riverside,  CA

Honorable  Shashi  Kewalramani,  U.S.  Magistrate  Judge
*Printed name and title*

AUSA: Courtney Malden

AO 93C  (Rev. 8/18) Warrant  by Telephone  of Other Reliable  Electronic  Means (Page 2)
(Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br><br>3/23/2021 @ 6:15 am | Copy of warrant and inventory left with:<br><br>Erika Lopez |
| Inventory made in the presence of :<br>IRS Special Agent Derick Tarr | | |

Inventory of the property taken and name of any person(s) seized:

1. Fernando LOPEZ- Reyes was arrested

2. Samsung tablet Serial # RF2F30AKHBH

3. Forensic Image of hard drive contained in Fernando LOPEZ-Reyes' Desktop (HP Pavilion Serial # MXU83007MN)

4.  Samsung Phone belonging to Fernando LOPEZ-Reyes

5. 1 Notebook containing customer purchase information

6. Menilla envelope containing 2 pieces of paper with recovery seed phrases

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  4/1/2021

_Executing officer's signature_

Joshua Black, Special Agent

_Printed name and title_